13149

WEATHINGTON, ADMR., v. STATE HIGHWAY DEPT.

(158 S. E., 927)

July, 1928.

Messrs. *John M. Daniel, Attorney General, Cordie Page, Assistant Attorney General,* and *J. Ivey Humphrey, Assistant Attorney General,* for appellant,

Messrs. *Joe P. Lane* and *Gibson & Muller,* for respondent.

May 22, 1931.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

Upon the authority of the case of *Randall v. State Highway Department,* 150 S. C., 302, 148 S. E., 57, the demurrer of the defendant in this case should have been sustained.

The judgment of this Court is that the order overruling the demurrer herein be reversed, and the complaint dismissed.

MR. CHIEF JUSTICE BLEASE, MESSRS. JUSTICES STABLER and CARTER and MR. ACTING ASSOCIATE JUSTICE COSGROVE concur.